| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Nora B. | 2. Court or Organization<br><br>District Court, Western PA | 3. Date of Report<br><br>5/8/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>3800 One Oxford Centre<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2009 MAY 15 P 1:08 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | St Mary's College - Honorarium | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Highmark Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. ABA 17th Annual Spring CLE | 4/11/08 to 4/12/08 | Phoenix, AZ | Law CLE | Transportation, meals, hotel |
| 2. Academy of Trial Lawyers Retreat | 10/1/08 to 10/3/08 | Farmington, PA | Seminar | Transportation, meals, hotel |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | B | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #1 | | | | | | | | | |
| 4. - American Funds, The Growth Fund of America | A | Dividend | | | Sold | 3/20 | N | | |
| 5. - American Funds, SMALLCAP World fund | A | Dividend | | | Sold | 3/20 | N | | |
| 6. - American Funds, Washington Mutual Investors Fund | A | Dividend | | | Sold | 3/20 | N | | |
| 7. - American Funds, Fundamental Investors | A | Dividend | | | Sold | 3/20 | M | | |
| 8. - American Funds, American Balanced Fund | A | Dividend | | | Sold | 3/20 | K | | |
| 9. | | | | | | | | | |
| 10. Qualified Plan #2 | | | | | | | | | |
| 11. - NBF Mellon CD | A | Interest | | | Redeemed | 3/19 | J | | |
| 12. | | | | | | | | | |
| 13. Qualified Plan #3 | | | | | | | | | |
| 14. - American AMCAP Fund | A | Dividend | L | T | Buy (add'l) | 4/9 | L | | |
| 15. - American Europacific Growth | B | Dividend | L | T | Buy (add'l) | 4/9 | L | | |
| 16. - Dodge & Cox Stock | B | Dividend | K | T | Buy (add'l) | 4/9 | L | | |
| 17. - Federated Kaufman Small Cap Fund CL A | A | Dividend | L | T | Buy (add'l) | 4/9 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Eaton Vance Adviser's Senior | A | Dividend | | T | Merged (with line 32) | 3/14 | J | | |
| 19. - FPA New Income | B | Dividend | K | T | Buy (add'l) | 4/9 | K | | |
| 20. - T Rowe Price International Bond | B | Dividend | K | T | Buy (add'l) | 4/9 | K | | |
| 21. - Prime Fund Cap Reserves | A | Interest | K | T | | | | | |
| 22. - Champlain Small Company Fund Adv Cl | A | Dividend | L | T | Buy | 4/9 | L | | |
| 23. - Chesapeake Core Growth Fund | A | Dividend | K | T | Buy | 4/9 | L | | |
| 24. - Eaton Vance Large-Cap Value Cl A | A | Dividend | L | T | Buy | 4/9 | L | | |
| 25. - Forward Internt'l Small Co-Instit shs | A | Dividend | L | T | Buy | 4/9 | L | | |
| 26. - Oakmark Internt'l Small Cap I | D | Dividend | L | T | Buy | 4/9 | L | | |
| 27. - Pioneer Equity Income Cl A | B | Dividend | L | T | Buy | 4/9 | L | | |
| 28. - SouthernSun Small-cap N/C | A | Dividend | L | T | Buy | 4/9 | L | | |
| 29. -T Rowe Price Real Estate Fund | B | Dividend | K | T | Buy | 4/9 | K | | |
| 30. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | Buy | 4/9 | J | | |
| 31. - Virtus Foreign Opportunities Cl A | B | Dividend | L | T | Buy | 4/9 | L | | |
| 32. - Eaton Vance Floating Rate Advantage Adv | C | Dividend | K | T | Transferred (from line 18) | 3/14 | J | | |
| 33. | | | | | Buy (add'l) | 4/15 | L | | |
| 34. - Loomis Sayles Bond Retail Shares | B | Dividend | K | T | Buy | 4/9 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | Buy | 4/9 | J | | |
| 36. - PIMCO Real Return Class A | B | Dividend | K | T | Buy | 4/9 | K | | |
| 37. - Vanguard Short Term Invmt Grade Investor | C | Dividend | L | T | Buy | 4/15 | L | | |
| 38. - Vanguard Short Term Federal | C | Dividend | L | T | Buy | 4/15 | L | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. Qualified Plan #4 | | | | | | | | | |
| 42. - TIAA Traditional | D | Interest | M | T | Distributed (part) | 3/7 | K | | |
| 43. | | | | | Distributed (part) | 2/29 | J | | |
| 44. - CREF Global Equities | A | Dividend | J | T | | | | | |
| 45. - CREF Money Market | A | Dividend | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. Qualified Plan #5 | | | | | | | | | |
| 48. - Ariel Appreciation | A | Dividend | | | Buy (add'l) | 4/8 | J | | |
| 49. | | | | | Sold | 9/4 | L | | |
| 50. - Causeway International | C | Dividend | K | T | | | | | |
| 51. - Federated US Govt Sec | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - PIMCO Low Duration | C | Dividend | L | T | | | | | |
| 53.  - Federated FD US Govt Sec | A | Dividend | J | T | | | | | |
| 54.  - PIMCO Total Return Cl A | B | Dividend | K | T | | | | | |
| 55.  - PIMCO Foreign Bond | A | Dividend | J | T | | | | | |
| 56.  - American Capital World Bond | B | Dividend | K | T | | | | | |
| 57.  - Davis New York Venture | A | Dividend | L | T | Buy (add'l) | 4/8 | J | | |
| 58.  - Artisan International | A | Dividend | K | T | | | | | |
| 59.  - SIT Small Cap Growth | A | Dividend | | | Sold | 2/22 | L | | |
| 60.  - MFS International New Disc Cl A | A | Dividend | K | T | | | | | |
| 61.  - First Eagle Sogen Global | A | Dividend | | | Sold | 11/13 | L | | |
| 62.  - Royce Microcap Investment Class | A | Dividend | L | T | Buy (add'l) | 9/4 | L | | |
| 63.  - Fidelity, Prime Fund | A | Dividend | L | T | | | | | |
| 64.  - Phoenix Real Estate Value | A | Dividend | K | T | | | | | |
| 65.  - Third Avenue Real Estate Value | A | Dividend | L | T | | | | | |
| 66.  - Prime Cap Odyssey Growth Fund | A | Dividend | L | T | Buy (add'l) | 4/8 | J | | |
| 67.  - T Rowe Price Equity Income | B | Dividend | K | T | Buy (add'l) | 4/8 | J | | |
| 68.  - Torray Fund | A | Dividend | | | Buy (add'l) | 4/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 6/18 | L | | |
| 70. - Touchstone Mid Cap Growth Cl A | A | Dividend | L | T | Buy (add'l) | 4/8 | L | | |
| 71. - Vanguard GNMA | B | Dividend | K | T | | | | | |
| 72. - Pioneer Cullen Value Fund Cl A | A | Dividend | L | T | Buy | 9/4 | L | | |
| 73. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | Buy | 4/8 | J | | |
| 74. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | Buy | 4/8 | J | | |
| 75. | | | | | | | | | |
| 76. Qualified Plan #6 | | | | | | | | | |
| 77. - Artisan Mid Cap | A | Dividend | J | T | | | | | |
| 78. - Hewitt, Cash Balance Plan | A | Interest | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. Qualified Plan #7 | | | | | | | | | |
| 81. - PIMCO Total Return Fund (Admin) | B | Dividend | L | T | | | | | |
| 82. - BGI Small Cap Domestic Equity Index | A | Dividend | K | T | | | | | |
| 83. - Marsico Focused Growth Portfolio | A | Dividend | K | T | | | | | |
| 84. - MFS Inst International Equity Fund | A | Dividend | K | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Qualified Plan #8 | | | | | | | | | |
| 87. - Federated Quality Bond II - Primary shares | B | Dividend | | | Sold | 9/30 | K | | |
| 88. - Legg Mason Partners Global High Yield Bond - Cl A | B | Dividend | | | Sold | 9/30 | K | | |
| 89. - T. Rowe Price Equity Income - Class II | B | Dividend | | | Sold | 9/30 | L | | |
| 90. - Nationwide NVIT Mid Cap Index - Class I | B | Dividend | | | Sold | 9/30 | L | | |
| 91. - Oppenheimer Global Securities VA - Non-service shares | B | Dividend | | | Sold | 9/30 | K | | |
| 92. - Templeton VIPT Foreign Securities - Class 2 | B | Dividend | | | Sold | 9/30 | K | | |
| 93. - PIMCO Total Return Fund (Admin) | | None | K | T | Buy | 9/30 | K | | |
| 94. - MFS Inst International Equity Fund | B | Dividend | K | T | Buy | 9/30 | K | | |
| 95. - Dreyfus Premier High Income - Class I | B | Dividend | K | T | Buy | 9/30 | K | | |
| 96. - Evergreen Intrinsic Value - Institutional shares | B | Dividend | K | T | Buy | 9/30 | L | | |
| 97. - BGI Mid Cap Domestic Equity Index | B | Dividend | K | T | Buy | 9/30 | L | | |
| 98. - GMO International Intrinsic Value - M Shares | B | Dividend | K | T | Buy | 9/30 | K | | |
| 99. | | | | | | | | | |
| 100. Brokerage Account #1 | | | | | | | | | |
| 101. - American Funds, Fundamental Investors | A | Dividend | K | T | | | | | |
| 102. - Federated Kaufmann Cl K | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Federated Kaufmann Cl A | | None | | | Sold | 11/13 | J | | |
| 104. - Harbor Capital Appreciation | | None | | | Sold | 9/4 | K | D | |
| 105. - Royce Pennsyl Mutual Invst | A | Dividend | K | T | | | | | |
| 106. - T Rowe Price Intl Disc | A | Dividend | K | T | | | | | |
| 107. - T Rowe Price Real est Fund | A | Dividend | K | T | | | | | |
| 108. - Thornburg Inv Income Builder | B | Dividend | K | T | | | | | |
| 109. - Thornburg Inter Muni Class A | B | Interest | K | T | | | | | |
| 110. - Thornburg Ltd Term US Govt | A | Dividend | K | T | | | | | |
| 111. - Thornburg Value Class A | A | Dividend | K | T | | | | | |
| 112. - Tweedy Browne Global Value | C | Dividend | K | T | | | | | |
| 113. - William Blair Int'l Growth Class | B | Dividend | K | T | Buy (add'l) | 9/4 | J | | |
| 114. - Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 115. - PIMCO Foreign Inst SHS | B | Dividend | J | T | | | | | |
| 116. - Thornburg Ltd Term Income | A | Dividend | K | T | | | | | |
| 117. - Prime Fund Capital Reserves | A | Dividend | K | T | | | | | |
| 118. - Dodge & Cox Intl Stock Fund | | None | | | Buy (add'l) | 9/4 | J | | |
| 119. | | | | | Sold | 12/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Columbia Marsico 21st Centruy Cl A | | None | K | T | Buy | 9/4 | K | | |
| 121. | | | | | | | | | |
| 122.  Mass Mutual Life Insurance Policy | A | Interest | K | T | | | | | |
| 123.  Mass Mutual Life Insurance Policy | A | Interest | K | T | | | | | |
| 124. | | | | | | | | | |
| 125.  HSA #1 | | | | | | | | | |
| 126.  - Dodge and Cox International | A | Dividend | J | T | | | | | |
| 127.  - Artisan Small Cap | A | Dividend | J | T | | | | | |
| 128.  - PFPC, Cash account | A | Interest | J | T | | | | | |
| 129. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/8/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII. Qualified Plan #1 was liquidated and rolled over into Qualified Plan #3.

2) Part VII. Qualified Plan #2 was liquidated and rolled over into Qualified Plan #3.

3) Part VII. A portion of Qualified plan #4 was rolled over into Qualified Plan #5.

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Fischer, Nora B. | - | 5/8/2009 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544